STATE of Missouri, Respondent,

v.

George LARGE, Appellant.

No. WD 36929.

Missouri Court of Appeals,
Western District.

Dec. 31, 1985.

Joe Don Butcher, Independence, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

PER CURIAM:

Appeal from a jury trial conviction for burglary in the first degree, 569.160, RSMo 1978 and a sentence of ten years as a persistent offender, 558.016.3, RSMo Supp. 1984.

Judgment affirmed. Rule 30.25(b).